NEWCOMB, *v.* MILLER.

---

GEORGE K. NEWCOMB, *vs.* HENRY MILLER, *et. al.*

THE language in C. L., § 5019, "return of the writ," means, *return day of the writ.*

Saginaw County, Circuit Court, November 29th, 1689.

Motion for judgment of discontinuance on the ground of plaintiff's neglect to have his sureties in the replevin bond, justify, after exception.

Plaintiff insists that the sureties were not seasonably excepted to, the exception having been served more than 20 days after the actual return of the writ, though within 20 days after the return day.

c    endant's counsel cited, 2 *Hill,* 357.

*Geo. K. Newcomb,* in person, *W. L. Webber,* of Counsel.

*J. J. Wheeler,* for Defendant.

SUTHERLAND, J. —The exception was seasonable ; the " return " mentioned in the statute, Sec. 5019 C. L., is the return day.

Though by Section 5022, C. L., judgment of discontinuance

for such neglect to justify is required to be rendered. Sec. 5023 gives a discretion to allow a new bond to be filed, with sureties who will justify.

On filing such bond, and the sureties justifying, if excepted to, and on payment of the costs of this motion, including an attorney fee of ten dollars, this motion to be denied.